# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RICHARD L. JOHNSON,

    Plaintiff,

v.          CASE NO.  5:04cv144-RH/WCS

NURSE D. KENT,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 63), to which no objections have been filed.  Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B).  The clerk shall enter judgment accordingly, shall enter on the docket that the case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B), and shall close the file.

    SO ORDERED this 1st day of April, 2006.

                        s/Robert L. Hinkle
                        Chief United States District Judge